**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**DECEMBER 21, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 7190**

In the Matter of                                        Case Number:

PSN Illinois, LLC, an Illinois Corporation
v.
Abcam, Inc; Abgent; Affinity Bioreagents, Inc.;
Exalpha Biologicals, Inc.; Genetex Inc.; and
LifeSpan Biosciences, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PSN Illinois, LLC

**JUDGE HIBBLER**
**MAGISTRATE JUDGE VALDEZ**

| | |
|---|---|
| NAME (Type or print) <br> Michael P. Mazza | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ /s/Michael P. Mazza | |
| FIRM <br> Michael P. Mazza, LLC | |
| STREET ADDRESS <br> 686 Crescent Blvd. | |
| CITY/STATE/ZIP <br> Glen Ellyn, IL 60137 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6201609 | TELEPHONE NUMBER <br> (630) 858-5071 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |