IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PSN Illinois, LLC, ) | | **07 C 7190** |
| an Illinois Corporation ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Case No. | |
| ) | | |
| Abcam, Inc.; Abgent; ) | | |
| Affinity Bioreagents, Inc.; ) | Judge | |
| Exalpha Biologicals, Inc.; ) | | |
| Genetex, Inc.; and ) | JURY TRIAL DEMANDED | **JUDGE HIBBLER** |
| LifeSpan Biosciences, Inc. ) | | **MAGISTRATE JUDGE VALDEZ** |
| ) | | |
| Defendants. ) | | |

### NOTICE OF CLAIM INVOLVING
### PATENTS PURSUANT TO LR 3.4 AND U.S. §290

Pursuant to LR 3.4 and 35 U.S.C. §290, Plaintiff PSN Illinois, LLC ("PSN"), having an address of 280 W. Adams Street, Chicago, Illinois 60604, hereby provides notice that this action involves two patents: United States Patent No. 5,856,443, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued Jan. 5, 1999 ("the '443 patent"); and United States Patent No. 6,518,414B1, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Feb. 11, 2003 ("the '414 patent") (collectively, "PSN's Patents") (copies attached to the Complaint).

PSN's Patents are alleged to be infringed in the action by the defendants: Abcam, Inc., 1 Kendall Sq., Ste. 341, Cambridge, MA 02139-1517; Abgent, 6310 Nancy Ridge Dr., Ste. 106, San Diego, CA 92121; Affinity Bioreagents, Inc., 4620 Technology Drive, Ste. 600, Golden, CO 80403; Exalpha Biologicals, Inc., 5 Clock Tower Place, Ste. 255,



**FILED**
**DECEMBER 21, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Maynard, MA 01754; Genetex, Inc., 14785 Omicron Dr. Ste. 101 San Antonio, TX 78245; and LifeSpan Biosciences, Inc., 2401 4th Ave., Ste. 900, Seattle, WA 98121-3458.

        _____
Michael P. Mazza (IL Bar No. 6201609)
Dana Drexler (IL Bar No. 6291515)
Michael P. Mazza, LLC
686 Crescent Blvd.,
Glen Ellyn, IL 60139
P: 630-858-5071
E-Mail:  mazza@mazzallc.com

Shawn M. Collins (IL Bar No. 6195107)
Robert Dawidiuk (IL Bar. No. 6282717)
The Collins Law Firm
1770 N. Park Street, Suite 200
Naperville, IL 60563
P:  630-527-1595
E-Mail:  smc@collinslaw.com

Attorneys for Plaintiff
PSN Illinois, LLC