## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 C 07190 |
|---|---|
| PSN Illinois, LLC<br>v.<br>Abcam, Inc., et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PSN Illinois, LLC

| NAME (Type or print) |
|---|
| Shawn M. Collins |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Shawn M. Collins |

| FIRM |
|---|
| The Collins Law Firm, P.C. |

| STREET ADDRESS |
|---|
| 1770 North Park Street, Suite 200 |

| CITY/STATE/ZIP |
|---|
| Naperville, Illinois 60563 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6195107 | 630/527-1595 x221 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |