U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number: 07 CV 07190

PSN Illinois, LLC, an Illinois Corporation
v.
Abcam, Inc.; Abgent; Affinity Bioreagents, Inc.;
Exalpha Biologicals, Inc.; Genetex Inc.; and
LifeSpan Biosciences, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PSN Illinois, LLC

| NAME (Type or print) |
| --- |
| Dana L. Drexler |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ /s/Dana L. Drexler |
| FIRM |
| Michael P. Mazza, LLC |
| STREET ADDRESS |
| 686 Crescent Blvd. |
| CITY/STATE/ZIP |
| Glen Ellyn, IL 60137 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6291515 | (630) 858-5071 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐