IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PSN ILLINOIS, LLC, an Illinois corporation, | ) | |
| | ) | |
| plaintiff, | ) | |
| | ) | Case No. 07 CV 7190 |
| v. | ) | |
| | ) | Judge William J. Hibbler |
| ABCAM, INC. et al., | ) | |
| | ) | |
| defendants. | ) | |

**UNOPPOSED MOTION FOR INITIAL EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

The defendant, LifeSpan BioSciences, Inc., by its undersigned attorney, moves this Court for an initial extension of time to answer or otherwise plead, and in support thereof states:

1.   This matter is a patent infringement lawsuit.

2.   LifeSpan was served with a Summons and its responsive pleadings are due on March 1, 2008. LifeSpan requests an extension of 30 days, to and including March 31, 2008, to answer or otherwise plead.

3.   The undersigned attorney spoke by telephone on February 13, 2008 with Michael Mazza, counsel for the plaintiff, who agreed to this extension of time.

4.   The parties have had preliminary discussions and LifeSpan recently produced sales information to the plaintiff. The plaintiff, naturally, needs time to study this information. It is possible that the disclosure and ensuing discussion of this information could lead to settlement of this matter.

5.   This Motion is not made for delay or for any improper purpose, but only for the convenience of LifeSpan, the interests of justice, and the conservation of judicial resources.

WHEREFORE, the defendant, LifeSpan BioSciences, Inc., moves this Court for an extension of time to answer or otherwise plead to the Complaint, to and including March 31, 2008.

Respectfully submitted,<br>
LIFESPAN BIOSCIENCES, INC.

Date: February 15, 2008    By: _____
One of its attorneys

Timothy M. McCarthy
TREXLER, BUSHNELL, GIANGIORGI
  BLACKSTONE & MARR, LTD.
105 West Adams, 36th Floor
Chicago, Illinois 60603
Tel: (312) 704-1890
Fax: (312) 704-8023

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **UNOPPOSED MOTION FOR AN INITIAL EXTENSION OF TIME TO ANSWER OR PLEAD** has been served on the following counsel, by email and by United States mail, on February 15, 2008.

Michael P. Mazza
Dana L. Drexler
MICHAEL P. MAZZA, LLC
686 Crescent Blvd.,
Glen Ellyn, IL 60139

Shawn M. Collins
Robert Dawidiuk
THE COLLINS LAW FIRM
1770 N. Park Street, Suite 200
Naperville, IL 60563

Date: February 15, 2008    By: _____
Timothy M. McCarthy

9W4651.DOC