IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PSN ILLINOIS, LLC, an Illinois corporation,    ) | |
| ) | |
| plaintiff,    ) | |
| ) | Case No. 07 CV 7190 |
| v.    ) | |
| ) | Judge William J. Hibbler |
| ABCAM, INC. et al.,    ) | |
| ) | |
| defendants.    ) | |

NOTICE OF PRESENTMENT

Michael P. Mazza
Dana L. Drexler
MICHAEL P. MAZZA, LLC
686 Crescent Blvd.,
Glen Ellyn, IL 60139

Shawn M. Collins
Robert Dawidiuk
THE COLLINS LAW FIRM
1770 N. Park Street, Suite 200
Naperville, IL 60563

**PLEASE TAKE NOTICE** that on February 26, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned attorney shall appear before the Honorable Judge William J. Hibbler, in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, Room 1225, or, in his absence, before any other Judge who may be sitting in his place or stead, and shall then and there present the attached LifeSpan's Unopposed Motion for an Initial Extension of Time to Answer or Plead.

Respectfully submitted,

Date: February 15, 2008

By: _____
Timothy M. McCarthy
TREXLER, BUSHNELL, GIANGIORGI
BLACKSTONE & MARR, LTD.
105 West Adams, 36th Floor
Chicago, Illinois 60603
Tel: (312) 704-1890
Fax: (312) 704-8023
Attorneys for LifeSpan BioSciences, Inc.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Presentment has been served on the following counsel, by email and by United States mail, on February 15, 2008.

Michael P. Mazza
Dana L. Drexler
MICHAEL P. MAZZA, LLC
686 Crescent Blvd.,
Glen Ellyn, IL 60139

Shawn M. Collins
Robert Dawidiuk
THE COLLINS LAW FIRM
1770 N. Park Street, Suite 200
Naperville, IL 60563

Date: February 15, 2008                    By: /s/ Timothy M. McCarthy

9W4658.WPD