# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7190 | **DATE** | 2/26/2008 |
| **CASE TITLE** | PSN Illinois vs. Abcam, Inc., et. Al. | | |

**DOCKET ENTRY TEXT**

Defendant LifeSpan's unopposed motion for initial extension of time until 3/31/08 to answer or otherwise plead is granted. Status hearing to set discovery schedule set for 4/16/08 at 9:30 a.m. Parties to submit proposed joint discovery schedule to be tendered to the Court by 4/14/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|