# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7190 | **DATE** | 2/28/2008 |
| **CASE TITLE** | PSN ILLINOIS, LLC. Vs. ABCAM, INC., et al. | | |

**DOCKET ENTRY TEXT**

Enter Consent Judgment Order as to defendant Affinity Bioreagents, Inc. pursuant to the settlement agreement. The Court retains jurisdiction to enforce the terms of this Consent Judgment Order and settlement agreement.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | JHC |
|---|---|---|---|