Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7190 | **DATE** | 3/6/2008 |
| **CASE TITLE** | PSN ILLINOIS, LLC vs. ABCAM, INC., et al. | | |

**DOCKET ENTRY TEXT**

Enter Stipulated Protective Order. The Protective Order governs pre-trial proceedings only. Parties need leave to court prior to filing any documents Under Seal. Parties to file a motion to retrieve any documents filed Under Seal within 60 days after the close of this case. If a party fails to file a motion, any documents under seal will become part of the public record.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | | Courtroom Deputy Initials: | JHC |
|---|---|---|---|