## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7190 | **DATE** | 3/26/2008 |
| **CASE TITLE** | PSN ILLINOIS, LLC vs. ABCAM, INC., et al. | | |

**DOCKET ENTRY TEXT**

Enter Consent Judgment Order as to Defendant Abgent pursuant to the settlement agreement. The Court retains jurisdiction to enforce the terms of this Consent Judgment Order and settlement agreement.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|