IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PSN ILLINOIS, LLC, an Illinois corporation, | Case No. 07 C 7190 |
| Plaintiff, | Judge Hibbler |
| vs. | Magistrate Judge Valdex |
| Abcam, Inc.; Abgent, Inc.; Affinity Bioreagents, Inc.; Discoverx Corporation; Exalpha Biologicals, Inc.; Genetex, Inc.; LifeSpan Biosciences, Inc.; Multispan, Inc.; and Novus Biologicals, Inc. Defendants. | |

## NOTICE OF MOTION

To: **SEE ATTACHED SERVICE LIST**

PLEASE TAKE NOTICE that on **Thursday, April 10, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable William J. Hibbler, in Courtroom 1225, Northern District of Illinois Courthouse, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached *Plaintiff's Motion for Default Judgment*, and hereby serve upon you a copy of same.

Dated: March 31, 2008

Respectfully submitted,

By: /s/ Robert Dawidiuk
One of Plaintiff's Attorneys

Michael P. Mazza
Dana Lauren Drexler
Michael P. Mazza, LLC.
686 Crescent Blvd.
Glen Ellyn, IL 60137
Tel: 630-858-5071

Shawn M. Collins
Robert L. Dawidiuk
The Collins Law Firm
1770 N. Park Street, Suite 200
Naperville, IL 60563
Tel: 630-527-1595

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of *Plaintiff's Motion for Default Judgment* was served on the following counsel of record via E-filing or via Certified Mail, Return Receipt Requested on March 31, 2008:

### SEE ATTACHED SERVICE LIST

By: _____
One of Plaintiff's Attorneys

Michael P. Mazza
Dana Lauren Drexler
Michael P. Mazza, LLC.
686 Crescent Blvd
Glen Ellyn, IL 60137
Tel: 630-858-5071

Shawn M. Collins
Robert L. Dawidiuk
The Collins Law Firm
1770 N. Park Street, Suite 200
Naperville, IL 60563
Tel: 630-527-1595

## SERVICE LIST

PSN, Illinois
Michael P. Mazza
686 Crescent Blvd.
Glen Ellyn, IL 60137-4281

Abcam, Inc.
Catarina Casais
ABCAM PLC
332 Cambridge Science Park
Cambridge
CB4 0FW

Abgent Inc.
Peng Chen
Morrison & Foerster LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130

Discoverx Corporation
Thomas Poche, Ph.D.
Cooley Godward Kronish LLP
777 6th Street NW, Suite 1100
Washington DC 20001

Exalpha Biologicals, Inc.
Mary C. Casey
The Harbor Law Group
385 South Street
Shrewsbury, MA 01545

Lifespan Biosciences, Inc.
Timothy McCarthy
Trexler, Bushnell, Giangiorgi, Blackstone & Marr, Ltd.
105 W. Adams, Ste. 3600
Chicago, IL 60603-6210

Multispan, Inc.
Helena Mancebo, Ph.D.
2619 Eden Landing Rd.
Hayward, CA 94545-3718