IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PSN ILLINOIS, LLC, an Illinois corporation, ) | |
| ) | |
| plaintiff, ) | |
| ) | Case No. 07 CV 7190 |
| v. ) | |
| ) | Judge William J. Hibbler |
| ABCAM, INC. *et al.*, ) | |
| ) | Magistrate Judge Valdez |
| defendants. ) | |

**COUNTERCLAIM FOR DECLARATORY JUDGMENT**

The defendant, LifeSpan BioSciences, Inc., by its undersigned attorney, seeks a declaratory judgment of noninfringement, and in support states:

1. This lawsuit is a civil action arising under the patent laws of the United States, including 35 U.S.C. §§ 1 *et seq.*, and under the Declaratory Judgments Act, 28 U.S.C. § 2201.

2. On information and belief, PSN is a limited liability company organized under the laws of the State of Illinois and having a principal place of business at 280 W. Adams Street, Chicago, Illinois 60604.

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338(a), and 2201. Additionally, this Counterclaim is compulsory and therefore is within the ancillary jurisdiction of this Court.

4. This Court has personal jurisdiction over the plaintiff/counterdefendant, PSN ILLINOIS, LLC, because, among other reasons, it is a resident of this judicial district and because it has purposely availed itself of the benefits and protection of the laws of the State of Illinois by filing this lawsuit.

5. PSN claims to be the assignee of, and to own all rights, title and interest in and to, and to have standing to sue for past, present, and future infringement of, United States Patent No. 5,856,443, *Molecular Cloning And Expression of G-Protein Coupled Receptors* and United States Patent No. 6,518,414, *Molecular Cloning And Expression of G-Protein Coupled Receptors*, [hereinafter collectively "the patents-in-suit"], which patents are the basis of and are attached to PSN's Complaint.

6. PSN asserts that LifeSpan infringed the patents-in-suit.

7. LifeSpan does not and has not infringed any claims of the patents-in-suit, literally or by equivalents, directly or indirectly, or in any other manner.

8. There is a substantial and continuing justiciable controversy between the parties as to infringement of the patents-in-suit by LifeSpan.

WHEREFORE, the defendant/counterplaintiff, LifeSpan, prays that this Court enter judgment in its favor and against PSN Illinois, LLC, and to:

A. Find and declare that LifeSpan has not committed any act of infringement of United States Patent No. 5,856,443 or of United States Patent No. 6,518,414;

B. Permanently enjoin PSN and its officers, agents, and employees from asserting that LifeSpan infringes United States Patent No. 5,856,443 or United States Patent No. 6,518,414;

C. Declare that this case is exceptional and award LifeSpan its attorneys' fees and costs; and

D. Grant such other and further relief to which LifeSpan may be entitled.

Case No. 07 C 7190
Counterclaim of LifeSpan BioSciences, Inc.
Page 3 of 3

                                      Respectfully submitted,
                                      LIFESPAN BIOSCIENCES, INC.

Date: March 31, 2008                By _____
                                               One of its Attorneys

Timothy M. McCarthy
TREXLER, BUSHNELL, GIANGIORGI,
   BLACKSTONE & MARR, LTD.
105 W. Adams, 36th Floor
Chicago, Illinois 60603
Tel: (312) 704-1890
Fax: (312) 704-8023

9Y1600.DOC

Case No. 07 C 7190
Counterclaim of LifeSpan BioSciences, Inc.
Page 4 of 4

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Counterclaim has been served on the following counsel, by email and by United States mail, on March 31, 2008.

Michael P. Mazza
Dana L. Drexler
Michael P. Mazza, LLC
686 Crescent Blvd.
Glen Ellyn, IL 60139

Shawn M. Collins
Robert Dawidiuk
The Collins Law Firm
1770 N. Park Street, Suite 200
Naperville, IL 60563

Date: March 31, 2008            By _____
                                   Timothy M. McCarthy

9Y1600.DOC