# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 07 C 7190

PSN ILLINOIS, LLC, an Illinois corporation,
v.
ABCAM, INC., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Multispan, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Mitchell J. Edlund | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Mitchell J. Edlund | |
| FIRM <br> Meckler Bulger & Tilson LLP | |
| STREET ADDRESS <br> 123 N. Wacker Drive, Suite 1800 | |
| CITY/STATE/ZIP <br> Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6229190 | TELEPHONE NUMBER <br> 312/474-7900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☑    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☑      APPOINTED COUNSEL ☐ | |