IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PSN ILLINOIS, LLC, an Illinois corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 7190 |
| | ) | |
| ABCAM, INC.; ABGENT, INC.; | ) | Judge Hibbler |
| AFFINITY BIOREAGENTS, INC.; | ) | |
| DISCOVEREX CORPORATION; | ) | Magistrate Judge Valdez |
| EXALPHA BIOLOGICALS, INC.; | ) | |
| GENETEX, INC; LIFESPAN | ) | |
| BIOSCIENCES, INC; MULTISPAN, INC.; | ) | |
| and NOVUS BIOLOGICALS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on the 10th day of April, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable William J. Hibbler in Courtroom 1225, Northern District of Illinois Courthouse, Eastern Division, 219 South Dearborn Street Chicago, Illinois, and then and there present the attached **Defendant Multispan, Inc.'s Motion For Enlargement Of Time**, and hereby serve upon you a copy of same.

Dated: April 8, 2008                                    MULTISPAN, INC.


                                By:   /s/ Mitchell J. Edlund
                                        One of its Attorneys


Steven D. Pearson (No. 6190506)
Mitchell J. Edlund (No. 6229190)
MECKLER BULGER & TILSON LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL  60606
(312) 474-7900 - Telephone
(312) 474-7898 – Facsimile

## CERTIFICATE OF SERVICE

The undersigned, pursuant to the penalties for perjury, certifies and affirms that a true and accurate copy of the foregoing **Notice of Motion** and **Defendant Multispan, Inc.'s Motion For Enlargement Of Time** was served upon:

| | |
|---|---|
| Michael P. Mazza, Esq. | Shawn Collins, Esq. |
| Dana Lauren Drexler, Esq. | Robert L. Dawidiuk, Esq. |
| Michael P. Mazza, LLC | The Collins Law Firm |
| 686 Crescent Blvd. | 1770 N. Park Street, Suite 200 |
| Glenn Ellyn, IL 60137 | Naperville, IL 60563 |

Timothy McCarthy, Esq.
Trexler, Bushnell, Giangiorgi,
  Blackstone & Marr, Ltd.
105 W. Adams Street, Suite 3600
Chicago, IL 60603-6210

via Electronic Case Filing (ECF) on April 8, 2008 and upon:

| | |
|---|---|
| Peng Chen, Esq. | Ms. Catarina Casais |
| Morrison & Foerster LLP | Abcam PLC |
| 12531 High Bluff Drive, Suite 100 | 332 Cambridge Science Park |
| San Diego, CA 92130 | Cambridge |
| | CB4 0FW |
| | |
| Marcy C. Casey, Esq. | Thomas Poche, PhD. |
| The Harbor Law Group | Cooley Godward Kronish LLP |
| 385 South Street | 777 6th Street N.W., Suite 1100 |
| Shrewsbury, MA 01545 | Washington, D.C. 20001 |

via U.S. Mail delivery, first class postage prepaid, on the 9th day of April, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Mitchell J. Edlund
　　　　　　　　　　　　　　　　　　　　　　　　Mitchell J. Edlund

N:\shared\EdlundM\Multispan\NOM001 ebe.doc