# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

PSN Illinois, LLC
                                Plaintiff,

v.                                                     Case No.: 1:07−cv−07190
                                                        Honorable William J. Hibbler

Abcam, Inc., et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 16, 2008:

      MINUTE entry before Judge Honorable William J. Hibbler: Status hearing held on 4/16/2008 and continued to 5/8/08 at 9:30 AM. The Court adopts the paries joint status report and discovery plan. Parties to comply with FRCP 26(a)(1) by 5/1/08. Parties given to and including 5/1/08 to amend all pleadings and to add any additional parties. Non expert discovery cut−off set for 9/2/08. Parties shall comply with FRCP(26)(a)(2) by 9/15/08. Compliance with rebuttal experts pursuant to FRCP(26)(a)(2) by 9/29/08. Expert discovery ordered closed by 10/30/2008. Dispositive motions with supporting memoranda due by 11/14/2008. Responses due by 12/5/2008. Replies due by 12/19/2008. Ruling by mail. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.