IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PSN ILLINOIS, LLC,** an Illinois corporation, ) ) ) | Case No. 07 C 7190 |
| Plaintiff, ) ) | Judge Hibbler |
| vs. ) ) | Magistrate Judge Valdez |
| **Abcam, Inc.; Abgent, Inc.;** **Affinity Bioreagents, Inc.;** **Discoverx Corporation;** **Exalpha Biologicals, Inc.;** **Genetex, Inc.; LifeSpan Biosciences, Inc.;** **Multispan, Inc.; and** **Novus Biologicals, Inc.** ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

### NOTICE OF MOTION

To:    SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on Thursday, May 8, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable William J. Hibbler, in Courtroom 1225, Northern District of Illinois Courthouse, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Plaintiff's Motion for Default Judgment**, and hereby serve upon you a copy of same.

Dated: April 29, 2008           Respectfully submitted,

By: _____
One of Plaintiff's Attorneys

| | |
|---|---|
| Michael P. Mazza | Shawn M. Collins |
| Dana Lauren Drexler | Robert L. Dawidiuk |
| Michael P. Mazza, LLC. | The Collins Law Firm |
| 686 Crescent Blvd | 1770 N. Park Street, Suite 200 |
| Glen Ellyn, IL 60137 | Naperville, IL 60563 |
| Tel: 630-858-5071 | Tel: 630-527-1595 |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of **Plaintiff's Motion for Default Judgment** was served on the following counsel of record via E-filing or via U.S. Mail, on this 29th day of April, 2008.

| | |
|---|---|
| Timothy M. McCarthy<br>Trexler, Bushnell, Giangiorgi,<br>Blackstone & Marr, Ltd.<br>105 W. Adams<br>Suite 3600<br>Chicago, IL  60603-6210<br>Phone: (312) 704-1890<br>Email: TMcCarthy@trexlaw.com<br>**Attorneys for Defendant LifeSpan Biosciences, Inc.** | Catarina Casais<br>ABCAM, Inc.<br>332 Cambridge Science Park<br>Cambridge, CB4 OFW<br>United Kingdom<br>Tel: 01223 696000<br>Fax: 91223 696001<br>Email: Catarina.Casais@abcam.com<br>**Abcam, Inc.** |

April 29, 2008                                                              _____