IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PSN ILLINOIS, LLC, an Illinois corporation, ) <br> ) <br> plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABCAM, INC. et al., ) <br> ) <br> defendants. ) | Case No. 07 CV 7190 <br><br> Judge William J. Hibbler <br><br> Magistrate Judge Valdez |

**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FOR IMPROPER VENUE**

The defendant, LifeSpan BioSciences, Inc., by its undersigned attorney, moves this Court to dismiss this case as to LifeSpan for lack of personal jurisdiction, to dismiss for improper venue, or to transfer venue, and in support thereof states:

1. This matter is a patent infringement lawsuit.

2. LifeSpan is not a resident of this district and is not subject to personal jurisdiction in this district. LifeSpan does not have minimum contacts sufficient to confer general or specific jurisdiction in this district.

3. Additionally, venue is improper in this district as to LifeSpan. LifeSpan is not a resident of this district, being a Washington corporation and not subject to personal jurisdiction in this district. Moreover, the acts alleged to be patent infringement in this case did not occur in this district and LifeSpan does not have a regular and established place of business in this district.

4.     LifeSpan submits a Declaration of James W. Shepperd, Chief Financial Officer of LifeSpan, in support of this Motion. LifeSpan also concurrently submits a Brief in support of this Motion.

5.     LifeSpan properly preserved these defenses in its Answer to the Complaint.

WHEREFORE, the defendant, LifeSpan BioSciences, Inc., moves this Court to:

1.     Dismiss this case as to LifeSpan for lack of personal jurisdiction; or

2.     Dismiss this case as to LifeSpan for lack of proper venue; or

3.     Sever LifeSpan from this case and transfer this case to the United States District Court for the Western District of Washington.

Respectfully submitted,

LIFESPAN BIOSCIENCES, INC.

Date: April 29, 2008     By: *[signature: Timothy M. McCarthy]*
                         One of its attorneys

Timothy M. McCarthy
TREXLER, BUSHNELL, GIANGIORGI
  BLACKSTONE & MARR, LTD.
105 West Adams, 36th Floor
Chicago, Illinois 60603
Tel: (312) 704-1890
Fax: (312) 704-8023

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FOR IMPROPER VENUE** and **NOTICE OF PRESENTMENT** has been served on the following counsel, by email and by telefacsimile, on April 29, 2008.

Michael P. Mazza
Dana L. Drexler
MICHAEL P. MAZZA, LLC
686 Crescent Blvd.
Glen Ellyn, IL 60139

Shawn M. Collins
Robert Dawidiuk
THE COLLINS LAW FIRM
1770 N. Park Street, Suite 200
Naperville, IL 60563
**Attorneys for Plaintiff PSN Illinois, LLC**

Steven D. Pearson
Mitchell J. Edlund
MECKLER BULGER & TILSON LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
**Attorneys for Defendant Multispan, Inc.**

Thomas F. Poche
COOLEY, GODWARD, Kronish LLP
777 6th Street NW
Suite 1100
Washington, DC 20001
**Attorney for Defendant Discoverx Corporation**

Date: April 29, 2008

By: _____
Timothy M. McCarthy

9Z1918.DOC