IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PSN ILLINOIS, LLC, an Illinois corporation, ) <br> ) <br> plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABCAM, INC. et al., ) <br> ) <br> defendants. ) | Case No. 07 CV 7190 <br><br> Judge William J. Hibbler |

## NOTICE OF PRESENTMENT

Michael P. Mazza
Dana L. Drexler
MICHAEL P. MAZZA, LLC
686 Crescent Blvd.
Glen Ellyn, IL 60139

Shawn M. Collins
Robert Dawidiuk
THE COLLINS LAW FIRM
1770 N. Park Street, Suite 200
Naperville, IL 60563

Steven D. Pearson
Mitchell J. Edlund
MECKLER BULGER & TILSON LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606

Thomas F. Poche
COOLEY, GODWARD, Kronish LLP
777 6th Street NW
Suite 1100
Washington, DC 20001

**PLEASE TAKE NOTICE** that on May 8, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned attorney shall appear before the Honorable Judge William J. Hibbler, in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, Room 1225, or, in his absence, before any other Judge who may be sitting in his place or stead, and shall then and there present Lifespan's Motion to Dismiss for Lack of Personal Jurisdiction and for Improper Venue and will seek entry of a briefing schedule.

Respectfully submitted,

Date: April 29, 2008

By: _/s/ Timothy M. McCarthy_
Timothy M. McCarthy
TREXLER, BUSHNELL, GIANGIORGI
BLACKSTONE & MARR, LTD.
105 West Adams, 36th Floor
Chicago, Illinois 60603
Tel: (312) 704-1890
Fax: (312) 704-8023
Attorneys for LifeSpan BioSciences, Inc.