Order Form (01/2005)

# United States District Court, Northern District of Illinois

HHN

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7190 | **DATE** | 4/25/2008 |
| **CASE TITLE** | PSN ILLINOIS vs. ABEAM INC et al | | |

**DOCKET ENTRY TEXT**

Enter consent judgments as to defendant Exalpha Biologicals Inc. And Multispan.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | JS |
|---|---|---|