MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PSN ILLINOIS, LLC,                )
an Illinois corporation,          )
                                  )    Case No. 07 C 7190
            Plaintiff,            )
                                  )    Judge Hibbler
    vs.                           )
                                  )    Magistrate Judge Valdez
Abcam, Inc.; Abgent, Inc.;        )
Affinity Bioreagents, Inc.;       )    07cv7190
Discoverx Corporation;            )
Exalpha Biologicals, Inc.;        )
Exalpha, Inc.;                    )
LifeSpan Biosciences, Inc.; and   )
Novus Biologicals, Inc.           )
                                  )
            Defendants.           )

## CONSENT JUDGMENT ORDER AS TO DEFENDANT EXALPHA BIOLOGICALS, INC.

This action has come before the Court upon the pleadings and proceedings of record, and it has been represented to the Court that the parties, plaintiff PSN Illinois, LLC ("PSN") and defendant Exalpha Biologicals, Inc. ("Exalpha"), collectively "the Parties," have agreed to a compromise and settlement of this action and have entered into a Confidential Settlement And License Agreement dated April __, 2008 ("the Settlement Agreement") wherein Exalpha has agreed to the entry of this judgment, including to withdraw its answer and defenses in this matter;

WHEREFORE, with the consent of the Parties, through their undersigned attorneys, and with the approval of this Court, it is hereby finally ORDERED, ADJUDGED AND DECREED as follows:

1.  The Court has jurisdiction over the parties and the subject matter

of this action.

2. PSN owns and has standing to sue for infringement of United States Patent No. 5,856,443, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Jan. 5, 1999, and United States Patent No. 6,518,414B1, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Feb. 11, 2003 ("PSN's Patents").

3. To the extent of Exalpha's current knowledge and belief, each of the claims of PSN's Patents are valid and enforceable.

4. To the extent of Exalpha's current knowledge and belief, PSN's Patents have been infringed by Exalpha through Exalpha's use, sale and/or offer for sale of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $_r{}^{H211}$ ("S1P2") that fall within the scope of claims of PSN's Patents, including at least the following Exalpha products:

    i. Polyclonal antibody (Catalog # X1591P)
    ii. Polyclonal antibody (Catalog # X1091lP)
    iii. Membrane preparation of the S1P2 protein (Catalog # X1572MP)
    iv. Control Lysate for the S1P2 protein (Catalog # X1486C)

(the "infringing products").

5. No payment for or release of the infringing products which may have been used by any third parties is provided here or in the parties' Settlement Agreement, and PSN is free to pursue its damages claim in this action against such third parties.

6. Exalpha agrees to and hereby waives and relinquishes the right to ever contest the validity or enforceability of either of PSN Patents and any of their claims in

their present form, whether such assertion of invalidity or unenforceability would be made in a court proceeding or Patent Office proceeding, and whether or not such assertion is made with respect to the infringing products in this action or with respect to any other products that may be made, used, sold and/or offered for sale by Exalpha in the future.

7. All claims and defenses of each of the Parties are hereby dismissed with prejudice.

8. The parties shall each bear their own costs and attorney fees incurred in this action, and the Court shall retain jurisdiction to enforce the terms of this Consent Judgment Order and the corresponding Settlement Agreement between the parties concerning this action.

Dated: 11 April 2008

Honorable William J. Hibbler
United States District Court Judge
4/25/08

John Castracane
President
Exalpha Biologicals, Inc.

Michael P. Mazza
Michael P. Mazza, LLC
686 Crescent Blvd.
Glen Ellyn, IL 60137
Tel: 630-858-5071
Fax: 630-282-7123

Attorneys for PSN
ILLINOIS, LLC