IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PSN Illinois, LLC,<br>an Illinois Corporation<br>            Plaintiff,<br><br>v.<br><br>Abcam, Inc.; Abgent;<br>Affinity Bioreagents, Inc.;<br>Exalpha Biologicals, Inc.;<br>DiscoveRx Corporation;<br>Genetex, Inc.; LifeSpan<br>Biosciences, Inc.; Multispan,<br>Inc.; and Novus Biologicals, Inc.,<br>            Defendants. | Case No. 07-CV- 7190<br><br>Judge William J. Hibbler<br><br>Magistrate Judge Maria Valdez |

### NOTICE OF MOTION

To:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on Thursday, May 8, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable William J. Hibbler, in Courtroom 1225, Northern District of Illinois Courthouse, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Plaintiff's Motion to Compel Discovery from Third Party, Merck & Co. Inc.**, and hereby serve upon you a copy of same.

Dated: May 5, 2008

Respectfully submitted,

By: _____
One of Plaintiff's Attorneys

Michael P. Mazza
Dana Lauren Drexler
Michael P. Mazza, LLC.
686 Crescent Blvd
Glen Ellyn, IL 60137
Tel: 630-858-5071

Shawn M. Collins
Robert L. Dawidiuk
The Collins Law Firm
1770 N. Park Street, Suite 200
Naperville, IL 60563
Tel: 630-527-1595

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **PLAINTIFF PSN ILLINOIS' MOTION TO COMPEL DISCOVERY FROM THIRD PARTY MERCK & CO., INC.** was served on this 5th of May, 2008 via overnight commercial delivery and/ or E-Mail in PDF format upon the following counsel of record:

Timothy M. McCarthy
Trexler, Buschnell, Giangiorgi, Blackstone & Marr, Ltd.
The Clark Adams Building
105 West Adams Street, Suite 3600
Chicago, Illinois 60603-6210
Tel: (312) 704-1890

Attorneys for LifeSpan Biosciences, Inc.

Raymond N. Nimrod (rnimrod@jenner.com)
Jonathan Hill (jhill@jenner.com)
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 222-9350

Gregory D. Bonifield (gbonifield@jenner.com)
Jenner & Block LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 891-1600

Attorneys for Merck & Co., Inc.

_____s/Michael P. Mazza/\_\_\_\_
One of the attorneys for PSN Illinois, LLC