Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7190 | DATE | 5/8/2008 |
| CASE TITLE | PSN ILLINOIS, LLC. Vs. ABCAM, INC., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 6/12/08 at 9:30 a.m. Plaintiff's motion for default at to defendant Multispan [#24] is withdrawn. Enter Consent Judgment Order as to defendant Multispan pursuant to the settlement agreement. The Court retains jurisdiction to enforce the terms of this Consent Judgment Order and settlement agreement. Defendant Lifespan's motion to dismiss [#41] is continued to 6/12/08 at 9:30 a.m. Plaintiff's motion to compel [#47] is taken under advisement. Merck to respond by 5/15/08. Plaintiff to reply by 5/22/08. Ruling by mail. Defendant Life Span's unopposed motion for leave to file amended pleadings instanter [#39] is granted. Defendatn Abcam to answer or otherwise plead by 5/23/08.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

14 minutes

| | Courtroom Deputy Initials: | JHC |
|---|---|---|