IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRCT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PSN ILLINOIS, LLC, an Illinois corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>Abcam, Inc.; Abgent, Inc.;<br>Affinity Bioreagents, Inc.;<br>Discoverx Corporation;<br>Exalpha Biologicals, Inc.;<br>Genetex, Inc.; LifeSpan Biosciences, Inc.;<br>Multispan, Inc.; and<br>Novus Biologicals, Inc.<br><br>        Defendants. | Case No. 07 C 7190<br><br>Judge Hibbler<br><br>Magistrate Judge Valdez |

**CONSENT JUDGMENT ORDER AS TO DEFENDANT MULTISPAN**

WHEREFORE, with the consent of the Parties, through their undersigned attorneys, and with the approval of this Court, it is hereby finally ORDERED, ADJUDGED AND DECREED as follows:

1. The Court has jurisdiction over the parties and the subject matter of this action.

2. PSN owns and has standing to sue for infringement of United States Patent No. 5,856,443, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Jan. 5, 1999, and United States Patent No. 6,518,414B1, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Feb. 11, 2003 ("PSN's Patents").

3. Each of the claims of PSN's Patents are valid and enforceable.

4. PSN's Patents have been infringed by Multispan through its manufacture, use, sale and/or offer for sale of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $p^{H218}$ ("S1P2") that fall within the scope of claims of PSN's Patents, including at least the following Multispan products: Multiscreen™ Stable Cell Line Human Recombinant S1P2 (Catalog # CG1051-1) ("the infringing products").

5. No payment for or release of the infringing products which may have been used by any third parties is provided here or in the parties' Settlement Agreement, and PSN is free to pursue its damages claim in this action against such third parties.

6. Multispan agrees to and hereby waives and relinquishes the right to ever contest the validity or enforceability of either of PSN Patents and any of their claims in their present form, whether such assertion of invalidity or unenforceability would be made in a court proceeding or Patent Office proceeding, and whether or not such assertion is made with respect to the infringing products in this action or with respect to any other products that may be made, used, sold and/or offered for sale by Multispan in the future.

7. All claims and defenses of each of the Parties are hereby dismissed with prejudice.

8. The parties shall each bear their own costs and attorney fees incurred in this action, and the Court shall retain jurisdiction to enforce the terms of this Consent Judgment Order and the corresponding Settlement Agreement between the parties concerning this action.

Dated: May 8, 2008

Honorable William J. Hibbler
United States District Court Judge