## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

PSN Illinois, LLC
                              Plaintiff,

v.                                             Case No.: 1:07–cv–07190
                                             Honorable William J. Hibbler

Abcam, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2008:

      MINUTE entry before the Honorable William J. Hibbler: Motion hearing held on 6/12/2008 regarding motion to compel [47]. Settlement Conference set for 6/18/2008 at 11:00 AM in room 1262. Parties to submit their joint settlement position statement to the Court by 6/16/08. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.