**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

PSN Illinois, LLC
                    Plaintiff,

v.                                              Case No.: 1:07−cv−07190
                                                Honorable William J. Hibbler

Abcam, Inc., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

    MINUTE entry before the Honorable William J. Hibbler: Settlement conference held on 6/18/2008. Defendant Lifespan's Motion to dismiss for lack of jurisdiction [41] is stricken as moot. Status hearing set for 7/22/2008 at 09:30 AM for report on settlement. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.