Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7190 | DATE | 6/18/2008 |
| CASE TITLE | PSN ILLINOIS, LLC. Vs. ABCAM, INC., et al. | | |

**DOCKET ENTRY TEXT**

Enter Consent Judgment Order as to defendant Disoverx pursuant to the settlement agreement. The Court retains jurisdiction to enforce the terms of this Consent Judgment Order and settlement agreement.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|

07C7190 PSN ILLINOIS, LLC. Vs. ABCAM, INC., et al. Page 1 of 1