# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHEN DISTRCT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| PSN ILLINOIS, LLC, | ) | |
| an Illinois corporation, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | **COMPLAINT FOR** |
| | ) | **PATENT INFRINGEMENT** |
| vs. | ) | |
| | ) | FILED: JULY 1, 2008 |
| Sigma-Aldrich Corp., EMD Biosciences | ) | 08CV3742 |
| Inc., VWR International LLC, Orbigen, | ) | JUDGE PALLMEYER |
| Inc., Axxora Life Sciences, Inc., | ) | MAGISTRATE JUDGE VALDEZ |
| Cayman Chemical Company, Inc., | ) | TG |
| Origene Technologies, Inc., Superarray | ) | |
| Bioscience Corp., Tocris Bioscience, and | ) | |
| Millipore Corp. | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

1.      Plaintiff, PSN ILLINOIS, LLC. ("PSN"), complains of defendants ("Defendants") as follows:

## NATURE OF LAWSUIT

2.      This is a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.

## THE PARTIES

3.      PSN is an Illinois corporation with a place of business at 280 W. Adams Street, Chicago, Illinois 60604.  PSN is the assignee of, and owns all rights, title and interest in and to, and has standing to sue for past, present and future infringement of: United States Patent No. 5,856,443, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Jan. 5, 1999 ("the '443 patent") (Exhibit A); and

1

United States Patent No. 6,518,414B1, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Feb. 11, 2003 ("the '414 patent") (Exhibit B) (collectively "PSN's Patents").

4.      Defendant Sigma-Aldrich Corp. (Sigma) is a company incorporated in Delaware with a principal place of business at 3050 Spruce Street, St. Louis, MO 63103. Sigma transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

5.      Defendant EMD Biosciences Inc. (EMD) is a company incorporated in New York with principal places of business at 10394 Pacific Center Court, San Diego, CA 92121, 441 Charmany Drive, Madison, WI 53719, and 480 S. Democrat Road, Gibbstown, NJ 08027. EMD transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

6.      Defendant VWR International LLC (VWR) is a company incorporated in Delaware with its principal place of business at 1310 Goshen Parkway, West Chester, PA 193850. VWR transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

7.      Defendant, Orbigen, Inc. (Orbigen) is a company incorporated in California with its principal place of business at 6827 Nancy Ridge Drive, San Diego, CA 92121. Orbigen transacts business and has sold to customers and/or offered for sale, in

this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

8.    Defendant, Axxora Life Sciences, Inc. (Axxora) is a company incorporated in Delaware with its principal place of business at 6181 Cornerstone Court East, Suite 103, San Diego, CA 92121. Axxora transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

9.    Defendant, Cayman Chemical Company Inc. (Cayman) is a company incorporated in Colorado with its principal place of business at 1180 E. Ellsworth Rd., Ann Arbor, MI 48108. Cayman transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

10.    Defendant, Origene Technologies, Inc. (Origene) is a company incorporated in Delaware with its principal place of business at 6 Taft Court, Suite 300, Rockville, MD 20850. Origene transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

11.    Defendant, Superarray Bioscience Corporation (Superarray) is a company incorporated in Delaware with its principal place of business at 15 Wormans Mill Court, Suite 101, Frederick MD 21701. Superarray transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

12.    Defendant, Tocris Bioscience (Tocris) is a company incorporated in Delaware with its principal place of business at 16144 Westwoods Business Park, Ellisville, MO 63021. Tocris transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

13.    Defendant, Millipore Corporation (Millipore) is a company incorporated in Massachusetts with its principal place of business at 290 Concord Rd. Billerica, MA 01821. Millipore transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

## JURISDICTION AND VENUE

14.    This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. §§ 1331 and 1338(a).

15.    Venue in this judicial district is proper under 28 U.S.C. §§ 1391(b), (c), (d) and/or 1400(b).

## THE DEFENDANTS' ACTS OF PATENT INFRINGEMENT

16.    Defendant Sigma has infringed claims of at least the '443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $P^{H218}$ ("S1P2") that fall within the scope of claims of these patents, including the following products:

    i.    S1P2 C-Terminal Blocking Peptide (Catalog # E8028);

ii.    Anti-S1P2, C-Terminal antibody produced in rabbit (Catalog # E7278);

iii.    Monoclonal Anti-S1P2, C-Terminal antibody produced in mouse (Catalog # E4767); and

iv.    Monoclonal Anti-S1P2, N-Terminal antibody produced in mouse (Catalog # E4892).

17.    Defendant EMD has infringed claims of at least the'443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $p^{H218}$ ("S1P2") that fall within the scope of claims of these patents, including the following: Anti- EDG 5 (Ab-1) Mouse mAb (Catalog # GR44).

18.    Defendant VWR has infringed claims of at least the'443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $p^{H218}$ ("S1P2") that fall within the scope of claims of these patents, including the following: S1P2 Receptor Antagonist (Catalog # 80017-352).

19.    Defendant Orbigen has infringed claims of at least the'443 and '414 patents through, among other activities, the manufacture, use, offer for sale, sale, and/or distribution of products and service utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $p^{H218}$ ("S1P2")  that fall within the scope of claims of these patents, including these products:

i.    Rabbit Endothelial differentiation sphingolipid G-protein-coupled receptor 5 (EDG5) polyclonal antibody (Catalog # PAB-10630); and

ii.     Chicken Endothelial differentiation sphingolipid G-protein-coupled receptor 5 (EDG5) polyclonal antibody (Catalog # PAB-U0005).

20.    Defendant Cayman has infringed claims of at least the '443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and service utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $_p^{H218}$ ("S1P2") that fall within the scope of claims of these patents, including the following: JTE-013 (Catalog # 10009458).

21.    Defendant Axxora has infringed claims of at least the '443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and service utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $_p^{H218}$ ("S1P2") that fall within the scope of claims of these patents, including at least the following product corresponding to Cayman catalog: JTE-013 (Catalog # CAY-1009458).

22.    Defendant Origene has infringed claims of at least the'443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $_p^{H218}$ ("S1P2") that fall within the scope of claims of these patents, including these products:

i.     Homo sapiens endothelial differentiation, sphingolipid G-protein coupled receptor, 5 (EDG5) as 10ug transfection ready DNA NM_004230.2 (Catalog # SC117485);

ii.    HuSH 29mer shRNA Constructs against EDG5 Locus ID = 9294 (Catalog # TR313297);

6

iii.    ORF Clone of Homo sapiens endothelial differentiation, sphingolipid G-protein-coupled receptor, 5 (EDG5) as 10 ug transfection ready DNA NM_004230.2 (Catalog # RC210163); and

iv.    shRNA constructs against Mus musculus Edg5 Locus ID = 14739 (Catalog # TR513284).

23.    Defendant Superarray has infringed claims of at least the'443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $P^{H218}$ ("S1P2") that fall within the scope of claims of these patents, including these products:

i.    Human G-Protein-Coupled Receptor Signaling PathwayFinder™ (Catalog # PAHS-071);

ii.    $RT^2$ PCR Primer Set for Mouse EDG 5: Endothelial differentiation, sphingolipid G-protein coupled receptor, 5 (Catalog # PPM05309A);

iii.    Oglio GE Array Human G-Protein-Coupled Receptor Signaling PathwayFinder™ (Catalog # OHS-071 and EHS-071); and

iv.    SureSilencing shRNA Plasmid for Human EDG5: Endothelial differentiation, sphingolipid G-protein coupled receptor, 5 (Catalog # KHO2350G for the GFP marker or KH02350N for the Neomycin resistance marker).

24.    Defendant Tocris has infringed claims of at least the'443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of

products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $_p$H218 ("S1P2") that fall within the scope of claims of these patents, including at least the following product: S1P receptor antagonist, highly selective for S1P2 (EDG-5) (Catalog # 2392 JTE-013).

        25.    Defendant Millipore has infringed claims of at least the'443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $_p$H218 ("S1P2") that fall within the scope of claims of these patents, including these products and services:

        i.    EDG5 AdenoSilence™ RNAi Virus Human (Catalog # GAL 10065-V7);

        ii.    EDG5 AdenoSilence™ RNAi Virus Human (Catalog # GAL 10065-V6);

        iii.    EDG5 AdenoSilence™ RNAi Virus Human (Catalog # GAL 10065-V5);

        iv.    EDG5 AdenoSilence™ RNAi Kit Human (Catalog # GAL 10065);

        v.    ChemiSCREEN™ S1P2 Calcium-Optimized FLIPR Cell Lines (Catalog # HTS078C);

        vi.    ChemiSCREEN™ Human Recombinant S1P2 Lysophospholipid Receptor Calcium Optimized Ready to Assay™ (Catalog # HTS078F);

        vii.    ChemiSCREEN™ Human Recombinant S1P2 Lysophospholipid Receptor Membrane Preparation (Catalog # HTS0078M); and

viii.    GPCRProfiler Services which screens compounds on receptors including the S1P2 receptor.

26.    The defendants' infringement, contributory infringement and inducement to infringe have injured and will continue to injure PSN unless and until this Court enters an injunction prohibiting further infringement and, specifically, enjoining further manufacture, use, offer for sale, sale and/or distribution of products and/or processes that fall within the scope of PSN's Patents.

## **PRAYER FOR RELIEF**

WHEREFORE, PSN asks this Court to enter judgment against the defendants, and against their subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with them, granting the following relief:

A.    An award of damages adequate to compensate PSN for the infringement of PSN's Patents that has occurred, together with prejudgment interest.

B.    Increased damages as permitted under 35 U.S.C. § 284.

C.    A finding that the case is exceptional and an award to PSN of its attorney fees and costs as provided by 35 U.S.C. § 285.

D.    A permanent injunction prohibiting further infringement, inducement and contributory infringement of PSN's Patents.

E.    Such other and further relief as this Court or a jury may deem proper and just.

## JURY DEMAND

PSN demands a trial by jury on all issues presented in this Complaint.


FOR PSN ILLINOIS, LLC


/s/ Michael P. Mazza
Michael P. Mazza (IL Bar No. 6201609)
Dana Drexler (IL Bar No. 6291515)
Michael P. Mazza, LLC
686 Crescent Blvd.,
Glen Ellyn, IL 60139
P: 630-858-5071
E-Mail: mazza@mazzallc.com

Shawn M. Collins (IL Bar No. 6195107)
Robert Dawidiuk (IL Bar. No. 6282717)
The Collins Law Firm
1770 N. Park Street, Suite 200
Naperville, IL 60563
P: 630-527-1595
E-Mail: smc@collinslaw.com

08CV3742
JUDGE PALLMEYER
MAGISTRATE JUDGE VALDEZ
TG

# EXHIBIT A



US005856443A

# United States Patent [19]

MacLennan

[11] **Patent Number:** 5,856,443

[45] **Date of Patent:** *Jan. 5, 1999

[54] **MOLECULAR CLONING AND EXPRESSION OF G-PROTEIN COUPLED RECEPTORS**

[76] Inventor: **Alexander John MacLennan**, 7811 NW. 35th Pl., Gainesville, Fla. 32606

[ * ] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,585,476.

[21] Appl. No.: **760,936**

[22] Filed: **Dec. 6, 1996**

**Related U.S. Application Data**

[63] Continuation of Ser. No. 196,989, Feb. 15, 1994, Pat. No. 5,585,476.

[51] Int. Cl.$^6$ ......................... **C07K 14/705**; C12N 15/12

[52] U.S. Cl. ..................... **530/350**; 435/69.1; 435/252.3; 435/320.1; 536/23.5

[58] Field of Search ................................ 435/69.1, 252.3, 435/320.1; 530/350; 536/23.5

[56] **References Cited**

## PUBLICATIONS

Yarden, Y. A. Ullrich (1988) "Growth Factor Receptor Tyrosine Kinases" Ann. Rev. Biochem. 57:443–478.

Devreotes, P. (1989) *Dictyostelium discoideum*: A Model System for Cell–Cell Interactions in Development" Science 245:1054–1058.

Hanley, M.R. (1989) "Mitogenic neurotransmitters" Nature 340:97.

Zachary, I., P.J. Woll, E. Rozengurt (1987) "A Role for Neuropeptides in the Control of Cell Proliferation" Dev. Biol. 124:295–308.

Young, D., G. Waitches, C. Birchmeier, O. Fasano, M. Wigler (1986) "Isolation and Characterization of a New Cellular Oncogene Encoding a Protein with Multiple Potential Transmembrane Domains" Cell 45:711–719.

Gutkind, J.S., E.A. Novotny, M.R. Brann, K.C. Robbins (1991) "Muscarinic acetylcholine receptor subtypes as agonist–dependent oncogenes" Proc. Natl. Acad. Sci. USA 88:4703–4707.

Julius, D., T.J. Livelli, T.M. Jessell, R. Axel (1989) "Ectopic Expression of the Serotonin 1c Receptor and the Triggering of Malignant Transformation" Science 244:1057–1062.

Julius, D., K.N. Huang, T.J. Livelli, R. Axel, T.M. Jesell (1990) "The 5HT2 receptor defines a family of structurally distinct but functionally conserved serotonin receptors" Proc. Natl. Acad. Sci. USA 87:928–932.

MacLennan, A.J., G.D. Frantz, R.C. Weatherwax, N.J.K. Tillakaratne, A.J. Tobin (1990) "Expression of mRNAs That Encode D2 Dopamine Receptor Subtypes: Anatomical, Developmental, and Pharmacological Studies" Molec. Cell. Neurosci. 1:151–160.

Loh, E.Y., J.F. Elliott, S. Cwirla, L.L. Lanier, M.M. Davis (1989) "Polymerase Chain REaction with Single–Sided Specificity: Analysis of T Cell Receptor δ Chain" Science 243:217–220.

Sanger, F., S. Nicklen, A.R. Coulson (1977) "DNA sequencing with chain–terminating inhibitors" Proc. Natl. Acad. Sci. USA 74:5463–5467.

Chirgwin, J.M., E. Przbyla, R.J. MacDonald, W.J. Rutter (1979) "Isolation of Biologically Active Ribonucleic acid from Sources Enriched in Ribonuclease" Biochem. 18:5294–5299.

Okasaki et al. *Biochem. and Biophys. Comm.* 190(3):1104–1109, 15 Feb. 1993.

*Primary Examiner*—John Ulm
*Attorney, Agent, or Firm*—Saliwanchik, Lloyd & Saliwanchik

[57] **ABSTRACT**

The cloning and expression of two novel rat cDNAs ("H218"and "rat-edg") which encode two members ("p$^{H218}$" and "p$^{rat-edg}$") of the G-protein coupled receptor superfamily of proteins is described. The amino acid sequence similarity between "p$^{H218}$" and "p$^{rat-edg}$" suggests that they may be activated by the same endogenous ligand (s). The expression pattern of mRNA transcripts of both genes in cell lines, various rat tissues and developing rat brain suggests that they both play a role in cell proliferation and/or differentiation. The polynucleotide molecules, proteins, and antibodies of the subject invention can be used in both diagnostic and therapeutic applications.

**5 Claims, 12 Drawing Sheets**

```
-35
    .CCCCCCCCCCTCGAGCACGACCAACAGTCACCAAAGTCAGCCACTGCCTCCCGG
    GGGCAGACGCCAAGGCCAAGGCCAGGGACCCGGCCGGACCCTAGCCAGTGCT
    CAGTCCCATGGCCCCGGCCACTGAGCCGAGCTGGCGGTTTATACTCAGAGTAC
                                  MetGlyGlyLeuTyrSerGluTyr   8

 25 CTCAATCCTGAGAAGGTTCAGGAACTACAATTACACCAAGGAGACGCCTGGACAATGCAG
    LeuAsnProgluLysValGlnGluHisTyrAsnTyrThrlysGluThrLeuAspMetGln  28

 85 GAGACGCCCTCCCAAGGTGGCCTCCGCCTTCATCATCATTTATCCTGTGCCATCGTG
    GluThrProSerArgLysValAlaSerAlaPheIleIleIleLeuCysCysAlaIleVal  48

145 GTGGAGAACCTTCTGGTGCTAATCGCAGTGCCAGGAACAGCAAGTTCCACTCAGCCATG
    ValGluAsnLeuLeuValLeuIleAlaValAlaArgAsnSerLysPheHisSerAlaMet  68

205 TACCTGTTCCTCGGCAACCTGGCAGCCTCCGACCTGCTGGCAGCCGTGGCCTTCGTGGCC
    TyrLeuPheLeuGlyAsnLeuAlaAlaSerAspLeuLeuAlaGlyValAlaPheValAla  88

265 AACACCTTCTGCTCCGACCTGTCACCCTGTCCTAACTCCCTTGCCAGTGGTTTGCCCGA
    AsnThrLeuSerGlyProValThrLeuSerLeuThrProLeuGlnTrpPheAlaArg  108

325 GAGGGTTCAGCCTTCATCACGCTCTCTGCCCTCCTCAGCCTCCTGGCCATTGCCATC
    GluGlySerAlaPheIleThrLeuSerAlaSerValPheSerLeuLeuAlaIleAlaIle  128

385 GAGAGACAAGTGGCCATCGCCAAGGTCAAGCTTCACGGCAGTGACAAAAGCTGTCGAATG
    GluArgGlnValAlaIleAlaLysValLysLeuTyrGlySerAspLysSerCysArgMet  148

445 TTGATGCTCATTGGGCCCTCTTGGCTGATATCGCTGATTCTCGGTGGCTTGCCCATCCTG
    LeuMetLeuIleGlyAlaSerTrpLeuIleSerLeuIleLeuGlyGlyLeuProIleLeu  168

505 GGCTGGAATGTCTGGACCATCTGGAGGCTTGCTCCACTGTGCTGCCCCTCTATGCTAAG
    GlyTrpAsnCysLeuAspHisLeuGluLeuAlaCysSerThrValLeuProLeuTyrAlaLys  188

565 CACTATGTCGCTGCGTGGTCACCATCTTCTGTCATCTTACTCTAGCTATCGTGGCCTTG
    HisTyrValLeuCysValValThrIlePheSerValIleLeuLeuLeuLeuValAlaLeuLeu  208
```

FIG. 1A

```
625   TACGTCCGAATCTACTTCGTAGTCCGCGCTCAAGCCATGCGGACGTTGCTGGTCCTCAGACG   228
      TyrValArgIleTyrPheValValArgSerHisAlaAspValAlaGlyProGlnThr

685   CTGGCCCTGCTCAAGACAGTCACCATCGTACTGGGTGTTTCATCATCGCTGGCTGCCG       248
      LeuAlaLeuLeuLysThrValThrIleValLeuGlyValPheIleIleCysTrpLeuPro

745   GCTTTTAGCATCCTTCTCTTAGACTCTACCTGTCCCGGGCCTGTCCGTGTCCTCCTAC       268
      AlaPheSerIleLeuLeuLeuAspSerThrCysProValArgAlaCysProValLeuTyr

805   AAAGCCCATTATTTCTTTGCCTTCGCCACCCCTCAACTCTCTGCTCAACCCTGTCATCTAT    288
      LysAlaHisTyrPhePheAlaPheAlaThrLeuAsnSerLeuLeuAsnProValIleTyr

865   ACATGGCTAGCCGGGACCTTCGGAGGGAGGTACTGAGGCCCCTGCTGTCGTGGCGGCAG      308
      ThrTrpLeuAlaGlyThrPheGlyGlyArgArgAspLeuValLeuArgProLeuLeuCysTrpArgGln

925   GGGAAGGGAGCAACAGGGCGCAGAGGTGGGAACCCGTGGCCGGGCCACCGACTCCGCCCCTCCGC   328
      GlyLysGlyAlaThrGlyArgArgGlyGlyAsnProTrpProGlyHisArgLeuArgProLeuLeuArg

985   AGCTCCAGCTCCCTGGAGAGGCTTGCATATGCCACAATTCGGAGGGC                  348
      SerSerSerSerLeuGluArgGlyLeuHisMetProThrProPhePheLeuGluGlyGly

1045  AACACAGTGGTCTGAGGGGAAATGTGAACTGATCTGTAACCAAGCCACAGAGAGCTCT       352
      AspThrValVal
```

FIG. 1B

```
1105 GTGGGGAGAGACCAGGTGACCTCATCATGTCCCTCAGTGCCACAGGTCTGGAGGAACTGA
1165 CCACGGCTCATAGGTCAGGTGCCAACGGAGGCACTGACTAATCAGATTGTAGTACTGTG
1225 ACTGTGGGGACCATTAAGGGTCTAGGGGACAGCAGGCTCGAGTTTAGGGCTAGACATTT
1285 GCCACTTGGTACATAGGGTGTCGGCATCCTGTCTGTCCTATCTTCCAGCTTCCGGTTCC
1345 CTTCCTGCCTCCCTTTTAAGGGCCTCCTCTACATAGCCCCGGCCTGGCTAGAGCTTGCTG
1405 TGCAGACCAGGCTGACCTGGACCTCCCAGAGATAGATCAACTAACTGTGTCCTGAGTCTG
1465 GGGATTTTAAAGCCGTGTGCCCCACACCCGGCTCCTGCCACCTTCCAGAAGCAATCTTA
1525 GGCCACTTGTTGAGGAAAACACTCTTCCCAGAGGACCCAAGCCTTCTTCCCTGTCTCTCTG
1585 AGGCCTGAATCCACAGCTTCCCCATTTTATCAACTGCTGCTTTCTTCCCTTCCTTCTGTG
1545 TTCAGGGGAAACCACCTGGGGGCGCAGGGAGGGTCCTGGATCCCAGTTTTTATGCTCAG
1605 ATCTCACTGAGCCACTTGCTTTATTGGGGACAGAGAGAATCAGCTGAGGCAGTGTGGGG
1665 CAGATGTTGAGGAGAATTTGGGCTTCCTGGTTGAGAAAACTCTAGGGGAGGCGTTGGTTAT
1725 TCCTGGAACCCGAGCCTCTCCCCCACGAACTCTTCACACCCGCAGCCTTGAGCTGGATGC
1785 AAAGGCTGCTTCAATTTGTCTTTGTAGTTTTGTTTGTTTGTTTTTTGTTTTTTTAAATT
1845 GGGACAGGATCTCACGTACCCCAGCCTGGCCTCCGACTCACTATGTAGCCAAGGCTGGCT
1905 TTGGACTTCTGACCCCTCCTGCCTTCCTGAGTGCAGGTATTACAAGGGTGTACCAC
1965 CACCACCACCACCAACAACAACAACAACACCTGTCTTGAAAACTATCATGA
2025 ATGACATGGTTCACATAGCCTTGGTGCCAAGGACATCCCGGATACTCTTATGGCATCT
2085 TCCTTGAAGGACTTTGCTAAATCGTGAGAAGTAGAGAAATCCATACGGTACAAACGG
2145 TATTTAGTGTGTCTGTATCAGTGGGGTCTGTGACCTCCTATCCCAGTGTGGGTGC
2205 TGTCTGACCTCTTATGTGCACATCCGTGTCAAGACTGCTAGAGAGATGGACGGGGGTGTG
2265 TGTGCTTGTGGGGTCTAGCCATGATCAGGCCTCTGGGAATTGCTGAATCATCTCTCCC
2325 ACACAGACAGACACACCTCCGCTTAAAGAAATGTGTGAAGAAAAGCTGAGGAAGGGG
2385 AGATTTGGGAGGCAAGGAGCCAGTCGGGAGTGTGTCTCCCCTCATACAGCTTCCCAGATG
2445 TCCCCCTTGTGCTGGAAACCCAGAACTGGGCCAATAAACAGTTCAATTTCTCTTGAAAAA
2505 AAA
```

## FIG. 1C



FIG. 2A



FIG. 2B



**U.S. Patent**      Jan. 5, 1999      Sheet 7 of 12      **5,856,443**



FIG. 4A

3.2 kb

FIG. 4B



FIG. 5A

FIG. 5B

**U.S. Patent**          Jan. 5, 1999          Sheet 9 of 12          **5,856,443**



FIG. 6A

FIG. 6B