# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PSN Illinois, LLC,                          )
an Illinois Corporation                     )
                         Plaintiff,         )
                                            )
              v.                            )     Case No. 07-CV- 7190
                                            )
Abcam, Inc.; Abgent;                        )
Affinity Bioreagents, Inc.;                 )     Judge William J. Hibbler
Exalpha Biologicals, Inc.;                  )
DiscoveRx Corporation;                      )
Genetex, Inc.; LifeSpan                     )     Magistrate Judge Maria Valdez
Biosciences, Inc.; Multispan,               )
Inc.; and Novus Biologicals, Inc.,          )
                         Defendants.        )

**<u>ORDER</u>**

THIS CAUSE being before the Court on Plaintiff's PSN Illinois LLC'S Motion
To Reassign Case No. 08-Cv-3742 To Judge William J. Hibbler Pursuant To L.R. 40.4
and the Court being fully advised, It is hereby ordered:

Case No. 08-cv-3742 is reassigned to Judge William J. Hibbler.

ENTERED:      _____

_____
Honorable Judge Hibbler

Michael P. Mazza              Shawn M. Collins
Dana Lauren Drexler           Robert L. Dawidiuk
Michael P. Mazza, LLC.        The Collins Law Firm
686 Crescent Blvd             1770 N. Park Street, Suite 200
Glen Ellyn, IL 60137          Naperville, IL 60563
Tel: 630-858-5071             Tel: 630-527-1595