IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PSN Illinois, LLC,<br>an Illinois Corporation<br>    Plaintiff,<br><br>    v.<br><br>Abcam, Inc.; Abgent;<br>Affinity Bioreagents, Inc.;<br>Exalpha Biologicals, Inc.;<br>DiscoveRx Corporation;<br>Genetex, Inc.; LifeSpan<br>Biosciences, Inc.; Multispan,<br>Inc.; and Novus Biologicals, Inc.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07-CV- 7190<br><br>Judge William J. Hibbler<br><br>Magistrate Judge Maria Valdez |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, July 17, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable William J. Hibbler, in Courtroom 1225, Northern District of Illinois Courthouse, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **PSN Illinois LLC's Motion To Reassign Case No. 08-Cv-3742 To Judge William J. Hibbler Pursuant To L.R. 40.4**, and hereby serve upon you a copy of same.

Dated: July 7, 2008                    Respectfully submitted,

                        By:    s/Dana L. Drexler/
                               One of Plaintiff's Attorneys

Michael P. Mazza          Shawn M. Collins
Dana Lauren Drexler       Robert L. Dawidiuk
Michael P. Mazza, LLC.    The Collins Law Firm
686 Crescent Blvd         1770 N. Park Street, Suite 200
Glen Ellyn, IL 60137      Naperville, IL 60563
Tel: 630-858-5071         Tel: 630-527-1595

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing notice and document referred to therein was duly served on counsel of record for all parties in accordance with the provisions of Rule 5(b) of the Federal Rules of Civil Procedure, by electronic filing via ECF pursuant to the General Order on Electronic Filing of the United States District Court, Northern District of Illinois.

Dated: July 7, 2008                             /s/ Dana L. Drexler