# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

PSN Illinois, LLC
        Plaintiff,

v.               Case No.: 1:07−cv−07190
                Honorable William J. Hibbler

Abcam, Inc., et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

   MINUTE entry before the Honorable William J. Hibbler: Motion hearing held. Plaintiff's Motion to reassign case [67] is denied for the reasons stated in open court. Status hearing held on 7/22/2008 and continued to 8/5/2008 at 09:30 AM for finalization of settlement. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.