IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PSN ILLINOIS, LLC, an Illinois corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Abcam, Inc.; Abgent, Inc.; Affinity Bioreagents, Inc.; Discoverx Corporation; Exalpha Biologicals, Inc.; Genetex, Inc.; LifeSpan Biosciences, Inc.; Multispan, Inc.; and Novus Biologicals, Inc. <br><br> Defendants. | Case No. 07 C 7190 <br><br> Judge Hibbler <br><br> Magistrate Judge Valdez |

## STIPULATED DISMISSAL

This Stipulated Dismissal ("Dismissal") is entered into by and between PSN ILLINOIS, LLC ("PSN") and ABCAM, INC. ("ABCAM") and shall become effective upon the date of entry (hereinafter the "Effective Date") by the Court of this Dismissal in the litigation captioned PSN Illinois, LLC v. Abcam, et. al., Civil Action No. 1:07-cv-7190, which is currently pending before Judge Hibbler in the United States District Court for the Northern District of Illinois, Eastern Division (hereinafter the "Litigation"). The Litigation comes before the Court upon the pleadings and proceedings of record, and PSN and Abcam, collectively the "Parties," hereby represent to the Court that the Parties have agreed to a compromise and settlement of the Litigation and have entered into a Confidential Settlement Agreement dated the 14th day of July, 2008 (the "Settlement Agreement");

WHEREAS PSN initiated the Litigation against Abcam by filing a complaint alleging, *inter alia*, infringement of United States Letters Patent Nos. 5,856,443 and 6,518,414B1 (the "patents-in-suit"); and

WHEREAS PSN and Abcam have agreed to settle, adjust, compromise and resolve the Litigation on such terms as are set forth in the Settlement Agreement and in this Dismissal.

NOW, THEREFORE, in consideration of the mutual promises, agreements, covenants and conditions herein contained, and those contained in the Settlement Agreement, PSN and Abcam, by and through their undersigned counsel, hereby agree as follows:

1. PSN hereby agrees to dismiss all claims asserted in the Litigation against Abcam with prejudice.

2. PSN and Abcam agree that each party bear its own costs and attorney fees incurred in the Litigation.

3. PSN and Abcam recognize the confidential Settlement Agreement between the parties.

4. The Court shall retain jurisdiction over the Litigation and the parties for the purpose of enforcing the terms of this Dismissal and the Settlement Agreement.

/s/ Edward F. McCormack
Edward F. McCormack
Nixon Peabody, LLP
161 N. Clark
Chicago, IL 60601
Tel: 312-425-3900
Fax: 312-425-3909

/s/ Michael P. Mazza
Michael P. Mazza
Michael P. Mazza, LLC
686 Crescent Blvd.
Glen Ellyn, IL 60137
Tel: 630-858-5071
Fax: 630-282-7123

Attorney for Abcam, Inc.

Attorney for PSN Illinois, LLC

Pursuant to the foregoing agreement and stipulations of the parties,

**IT IS SO ORDERED.**

Dated: July _, 2008

The Honorable William J. Hibbler
United States District Court Judge